IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br><br>THOMAS J. TROUBA,<br>        Defendant. | 8:20-CR-316<br><br>MEMORANDUM AND ORDER |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation, Filing 51, denying Defendant's Motion to Suppress, Filing 32. Defendant timely filed an Objection to the Court's Findings and Recommendation, challenging the Magistrate Judge's ruling. Filing 52. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Objection to the Court's Findings and Recommendation, Filing 52, is overruled;

2. The Magistrate Judge's Findings and Recommendation, Filing 51, is adopted;

3. Defendant's Motion to Suppress, Filing 32, is denied; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 32, Filing 51, Filing 52, and Filing 53.

Dated this 17th day of August, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge