## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR316 |
| vs. | ) | |
| | ) | ORDER |
| THOMAS J. TROUBA, | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [75]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [75] is granted, in part, as follows:

1. The jury trial, now set for April 19, 2022, is continued to **July 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Defendant's request for the court to order Defendant to be placed at a specific facility is denied at this time. This is a Marshal's decision and Defendant's attorney may speak to the Marshals about his requests that are stated in his motion.

**DATED: March 21, 2022**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**