IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:20CR316 |
| ) | |
| vs. ) | |
| ) | ORDER |
| THOMAS J. TROUBA, ) | |
| ) | |
| Defendant ) | |
| ) | |

This matter is before the court on the defendant's Motion to Continue Trial [84]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [84] is granted, in part, as follows:

1. The jury trial, now set for July 19, 2022, is continued to **August 2, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 2, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 8, 2022**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**