IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-316 |
| vs. | |
| THOMAS J. TROUBA, | **PRELIMINARY ORDER OF FORFEITURE** |
| Defendant. | |

In accordance with the accompanying Memorandum and Order on Criminal Forfeiture of this date, the Court finds as follows:

1. On July 21, 2022, Defendant Thomas J. Trouba entered a plea of guilty on Count I of the Indictment: conspiracy to distribute and possess with intent to distribute a mixture or substance containing marijuana, a mixture or substance containing tetrahydrocannabinol (THC), and a mixture or substance containing 3,4-methylenedioxymethamphetamine, in violation of 21 U.S.C. §§ 841, 846. Filing 1 at 1; Filing 87 (text minute entry).

2. Pursuant to Defendant Trouba's Rule 11(c)(1)(C) plea agreement, Filing 95, the Court held an evidentiary hearing on October 31, 2022, on the forfeitability of property described in paragraph 2 subsections (a), (b), (e), (g), and (h) of the Forfeiture Allegation in the Indictment and the specific property described in paragraph 2(a) of the Bill of Particulars. Filing 1 at 2–3; Filing 41 at 1.

3. On November 29, 2022, the Court entered a Memorandum and Order on Criminal Forfeiture, finding that the property delineated below was subject to forfeiture as property constituting, or derived from, any proceeds Defendant Trouba obtained, directly or indirectly, from his offense

1

or was subject to forfeiture as property Defendant Trouba used, or intended to use, in any manner or part, to commit, or to facilitate the commission of, the offense. 21 U.S.C. § 853(a).

4. As a result of the Court's finding, Defendant Trouba's interest in the property delineated below is forfeited to the United States. 21 U.S.C. § 853.

5. The United States is entitled to possession of the property delineated below. 21 U.S.C. § 853. Accordingly,

IT IS ORDERED:

1. Defendant Trouba's interest in the following property is forfeited to the United States:

    a. Real property known as Parcel #1511941680, Kingswood Estates Lot 339 Block 0 Irreg, an addition to the City of Omaha, as surveyed, platted, and recorded in Douglas County, Nebraska, which currently has an address of 13475 Elm Circle, Omaha, Nebraska 68144;

    b. $1,000 in United States currency, seized on or about September 18, 2020, from Defendant Trouba's person;

    c. $414,978 in United States currency, seized on or about September 18, 2020, from Trouba's Ford F-150 pickup truck, in Omaha, Nebraska;

    d. Approximately $4,602.99 in United States currency seized on or about December 22, 2020, from Venmo Account No. 17566165;

    e. $3,594.86 in United States currency from Defendant Trouba's U.S. Bank checking account with an account number ending in 4347; and

    f. $8,844.89 in United States currency from Defendant Trouba's U.S. Bank savings account with an account number ending in 4347, closed on September 29, 2020, the balance in said account having been converted to a cashier's check payable to

      Defendant Trouba and subsequently deposited in a U.S. Bank account with an account number ending in 4352, a law firm trust account.

2. Based on the Court's findings in its Memorandum and Order on Criminal Forfeiture, the Government is hereby authorized to seize the forfeited property;

3. Defendant Trouba's interest in the property delineated above is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

4. The forfeited property is to be held by the Government in its secure custody and control;

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of the Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property delineated above in such a manner as the Attorney General may direct, and notice that any person, other than Defendant Trouba, having or claiming a legal interest in any of the forfeited property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property delineated above, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought;

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency as a substitute for published notice as to those persons so notified; and

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 29th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge