IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. TROUBA,<br><br>Defendant. | 8:20-CR-316<br><br>ORDER REGARDING DEADLINE TO PROPOSE CHANGES TO THE PRELMINARY ORDER OF FORFEITURE |

On November 29, 2022, the Court entered a Memorandum and Order on Criminal Forfeiture, Filing 112, and a Preliminary Order of Forfeiture, Filing 113, forfeiting Defendant Thomas J. Trouba's interest in certain property under 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(B), the Court gave the parties fourteen days from November 29 to suggest revisions or modifications to the Preliminary Order of Forfeiture. Filing 112 at 22. In accordance with that deadline, the Government has filed a Motion to Amend Preliminary Order of Forfeiture. Filing 118.

On December 6, 2022, counsel for Defendant filed Motions to Withdraw as defense counsel in this matter. Filing 114; Filing 115. A hearing on these Motions is currently scheduled on December 19, 2022, before the Magistrate Judge. Filing 117 (Text Minute Entry). In light of the Motions to Withdraw, the deadline to suggest revisions or modifications to the Preliminary Order of Forfeiture or for any response to the Government's pending Motion to Amend, Filing 118, are stayed pending resolution of the Motions to Withdraw. The new deadline for suggested revisions or modifications to the Preliminary Order of Forfeiture or for a response to the Government's pending Motion to Amend shall be seven (7) days after the denial of the Motions to Withdraw or, if the Motions to Withdraw are granted, seven (7) days after the date when new

counsel for Defendant enters his or her appearance. The Magistrate Judge may amend these deadlines as appropriate. Accordingly,

IT IS ORDERED that the deadline to suggest revisions or modifications to the Preliminary Order of Forfeiture, Filing 113, as stated in the Memorandum and Order on Criminal Forfeiture, Filing 112, is stayed pending resolution of the Motions to Withdraw, Filing 114; Filing 115, as outlined herein, with the new deadlines as outlined.

Dated this 8th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge