IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS J. TROUBA,<br><br>    Defendant. | 8:20-CR-316<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 161. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.     On November 29, 2022, the Court entered a Preliminary Order of Forfeiture. Filing 113. On December 29, 2022, the Court entered an Amended Preliminary Order of Forfeiture, Filing 125, forfeiting defendant's interest in the following Property:

   a. The real property known as: Parcel #1511941680, Kingswood Estates Lot 339 Block 0 Irreg, an addition to the City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska, which currently has an address of 13475 Elm Circle, Omaha, Nebraska 68144;

   b. $414,978 in United States currency;

   c. $4,602.99 from Venmo Account No. 17566165;

   d. $3,594.86 in United States currency from U.S. Bank checking account *4347; and

   e. $8,844.89 in United States currency from U.S. Bank savings account *4347, converted to a cashier's check and subsequently deposited in U.S. Bank account *4352, a law firm trust account.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 4, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 7, 2023. Filing 155.

3. Pingora Loan Servicing, LLC, c/o Nationstar Mortgage, LLC. has a valid lien in the real property at 13475 Elm Circle, Omaha, Nebraska 68144. The United States stipulated to Pingora's lien and has asked this Court to direct the Marshals to pay the lien from the property's sale proceeds in the amount of $101,035.53. Filing 162.

4. No Petitions were filed in court as required within the time allowed by law.

5. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture, Filing 161, and the Joint Stipulation, Filing 162, are granted.

2. All right, title and interest in and to the aforementioned Property taken from defendant Trouba, held by any person or entity are forever barred and foreclosed.

3. The Property in United States currency is forfeited to the government.

4. The plaintiff, through the United States Marshals Service as custodian, has possession of the real property at 13475 Elm Circle, Omaha, Nebraska 68144. Pingora has a valid lien on the property. The Marshals shall sell the property, expeditiously and in a commercially reasonable manner. The Marshals shall give notice of any proposed sale to Pingora.

5. The Marshals shall allocate the sale proceeds first to the costs and fees of the sale and second to Pingora in satisfaction of its lien in the amount of $101,035.53. The United States shall tender payment to Pingora by way of electronic transfer. The Marshals shall file an accounting of the sale proceeds.

6. The government is directed to dispose of all the above-described Property in accordance with law.

Dated this 23rd day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge