IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>THOMAS J. TROUBA,<br><br>                    Defendant. | 8:20–CR–316<br><br>ORDER GRANTING MOTION TO WITHDRAW |

      This matter is before the Court on the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 175. Mr. Stickman was appointed to represent Defendant Thomas J. Trouba to determine whether he qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 172 at 1.[1] Mr. Stickman subsequently moved to withdraw as counsel because Trouba "was not assessed any 'status criminal history points' in the Presentence Investigation Report and therefore no sentence reduction on this basis is allowed." Filing 175 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not entitled to a reduction. Filing 176 at 1. The Court agrees. Mr. Stickman's Motion to Withdraw will be granted for the reasons he set forth in his Motion.

      IT IS ORDERED: Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 175 is granted.

---

[1] Trouba filed a *pro se* Motion seeking appointment of counsel "for [his] 821 amendment filing." Filing 171 at 1. However, Trouba did not separately file a *pro se* Motion to Reduce his sentence. Other than seeking appointment of counsel, the relief he seeks in Filing 175 does not implicate Amendment 821. Accordingly, the Court will address Trouba's unrelated *pro se* matters he raises in Filing 175 in a separate, future Order.

1

2

Dated this 26th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2