IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR316 |
| vs. | ORDER |
| THOMAS J. TROUBA, | |
| Defendant. | |

The United States Marshals are ordered to transport the defendant Thomas J. Trouba from FCI Englewood to the Roman Hruska Courthouse for the Motion Hearing set for 8/7/2025 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Ryan C. Carson.

Dated this 18th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge