IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS J. TROUBA,<br><br>　　　　　Defendant. | 8:20-CR-316<br><br><br>ORDER ON MOTION TO WITHDRAW<br>AS ATTORNEY |

Attorney Richard P. McGowan was appointed as counsel for defendant Thomas J. Trouba for the limited purpose of representing the defendant on his Rule 41(g) motion. Filing 210 (Text Order). An evidentiary hearing on the defendant's Rule 41(g) motion has already been held. Filing 224 (Text Order). The magistrate judge's Findings and Recommendation, Filing 235, and the defendant's Objection, Filing 236, are currently under advisement. Attorney McGowan now moves for leave to withdraw as counsel for the defendant because McGowan has been appointed to be a judge of the Fourth Judicial District Court of Nebraska. Filing 237. The Court finds that there is good cause to grant McGowan's Unopposed Motion to Withdraw as Attorney. Accordingly,

　　　　IT IS ORDERED:

　　　　1. Richard P. McGowan's Unopposed Motion to Withdraw as Attorney, Filing 237, is granted;

　　　　2. CJA Attorney Michael J. Tasset is appointed to represent the above-named defendant for the limited purpose of the defendant's Rule 41(g) motion;

　　　　3. Michael J. Tasset shall forthwith file an appearance in this matter; and

3. The Clerk shall provide a copy of this order to Michael J. Tasset.

Dated this 13th day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge