IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS J. TROUBA,

Defendant.

8:20-CR-316

ORDER ON MOTION TO EXTEND
BRIEFING DEADLINE

This matter is before the Court on the Government's Motion to Extend Briefing Deadline. Filing 251. Among other motions, the defendant filed a Motion Requesting Return of Money alleging that the Government has not returned $24,793.44 to him. Filing 234. The Court dismissed most of the defendant's motions, but it ordered the Government to file a response to the defendant's Motion Requesting Return of Money on or before April 3, 2026. Filing 247 at 18. The Government seeks an extension of its deadline to file a response, in part because the issue "involves significant research and factual investigation" and because the Assistant United States Attorney assigned to the case is working on a complex matter in an unrelated case and will also be on previously scheduled leave from March 27, 2026, to April 6, 2026. Filing 251 at 1. The Court concludes that there is good cause in this case to grant the Government's Motion to Extend Briefing Deadline. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Extend Briefing Deadline, Filing 251, is granted; and

2. The Government shall respond to the defendant's Motion Requesting Return of Money, Filing 234, on or before May 1, 2026.

1

Dated this 1st day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge